# United States District Court
for the
Eastern District of Missouri

United States of America
v.
LOUIS HEAD

Case No: 4:03CR684 CDP
USM No: 30689-044

Date of Previous Judgment: July 29, 2004
(Use Date of Last Amended Judgment if Applicable)

Lucille Liggett
Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the Term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ___120___ months is reduced to ___100___.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | |
|---|---|---|
| Previous Offense Level: 27 | Amended Offense Level: 25 | |
| Criminal History Category: V | Criminal History Category: V | |
| Previous Guideline Range: 120 to 150 months | Amended Guideline Range: 100 to 125 months | |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated July 29, 2004 shall remain in effect.

**IT IS SO ORDERED**

Order Date: April 23, 2008

Judge's Signature

Effective Date: May 2, 2008
(if different from order date)

CATHERINE D. PERRY, UNITED STATES DISTRICT JUDGE
Printed Name and title